1
2
3
4
5
6
7
8
9
10
11
12
13
14

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| JOSEPH RODNEY SIU, | ) | Case No. C19-1164 RSM |
| Plaintiff, | ) | |
| | ) | **ORDER GRANTING DEFENDANT'S** |
| v. | ) | **UNOPPOSED MOTION TO** |
| | ) | **ANSWER OR OTHERWISE** |
| LIFE INSURANCE COMPANY OF NORTH | ) | **RESPOND TO PLAINTIFF'S** |
| AMERICA, | ) | **COMPLAINT** |
| | ) | |
| Defendant. | ) | |
| | ) | |

15
16
17
18
19
20
21

THIS MATTER, having come before the Court upon Defendant's Unopposed Motion for Extension of Time to Answer or Otherwise Respond to the Complaint, and having reviewed and considered the Unopposed Motion, the Court hereby GRANTS the Unopposed Motion for Extension of Time to Answer or Otherwise Respond to the Complaint and hereby ORDERS that Life Insurance Company of North America's deadline to answer or otherwise respond to the Complaint is extended until and including October 4, 2019.

DATED this 28th day of August 2019.

22
23
24

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

25
26
27

ORDER GRANTING DEFENDANT'S UNOPPOSED
MOTION TO ANSWER OR OTHERWISE RESPOND TO
PLAINTIFF'S COMPLAINT - 1

1    Presented by:

2    LANE POWELL PC

3    By _s/ D. Michael Reilly_
        D. Michael Reilly, WSBA No. 14674
4       Hans N. Huggler, WSBA No. 51662
        1420 Fifth Avenue, Suite 4200
5       P.O. Box 91302
        Seattle, WA  98111-9402
6       Telephone: 206.223.7000
        Facsimile: 206.223.7107
7       Email:  reillym@lanepowell.com
        hugglerh@lanepowell.com
8

   Attorneys for Defendant Life Insurance
9    Company of North America

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

ORDER GRANTING DEFENDANT'S UNOPPOSED
MOTION TO ANSWER OR OTHERWISE RESPOND TO
PLAINTIFF'S COMPLAINT - 2