UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSEPH RODNEY SIU,<br><br>          Plaintiff,<br><br>  v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>          Defendant. | Case No. C19-1164 RSM<br><br>**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF INITIAL SCHEDULING DATES** |

THIS MATTER, having come before the Court upon Defendant's Unopposed Motion for Extension of Initial Scheduling Dates, and having reviewed and considered the Unopposed Motion, the Court hereby GRANTS the Unopposed Motion for Extension of Initial Scheduling Dates and hereby ORDERS the following new deadlines:

    FRCP 26(f) Conference    **October 7, 2019**

    Initial Disclosures pursuant
    to FRCP 26(a)(1)    **October 14, 2019**

    Combined Joint Status
    Report & Discovery Plan    **October 21, 2019**

ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF INITIAL SCHEDULING DATES - 1

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

DATED this 6th day of September 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

LANE POWELL PC

By *s/ Hans N. Huggler*
    D. Michael Reilly, WSBA No. 14674
    Hans N. Huggler, WSBA No. 51662
    1420 Fifth Avenue, Suite 4200
    P.O. Box 91302
    Seattle, WA 98111-9402
    Telephone: 206.223.7000
    Facsimile: 206.223.7107
    Email: reillym@lanepowell.com
    hugglerh@lanepowell.com

Attorneys for Defendant Life Insurance
Company of North America

ORDER GRANTING DEFENDANT'S UNOPPOSED
MOTION FOR EXTENSION OF INITIAL SCHEDULING
DATES - 2

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107