UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOSEPH RODNEY SIU,

    Plaintiff,

v.

LIFE INSURANCE COMPANY OF NORTH AMERICA,

    Defendant.

Case No. 2:19-cv-01164-RSM

**ORDER OF DISMISSAL**

The parties having stipulated that plaintiff's claims against defendant in the above-entitled matter be dismissed with prejudice; and the Court being fully advised in the premises, now, therefore,

IT IS HEREBY ORDERED that the above-entitled matter be and the same is dismissed with prejudice and without fees or costs.

DATED this 15th day of January 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL: 2:19-CV-01164-RSM - 1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

120192.0207/7939016.1

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | Presented by:<br>Lane Powell PC |
| 5 | |
| 6 | By:   s/ Hans N. Huggler<br>    D. Michael Reilly, WSBA No. 14674<br>    Hans N. Huggler, WSBA No. 51662 |
| 7 | |
| 8 | Approved as to form; Notice of Presentation |
| 9 | Waived: |
| 10 | EVERGREEN DISABILITY LAW |
| 11 | By s/ Jeremy L. Bordelon *per electronic authorization*<br>    Jeremy L. Bordelon, WSBA No. 53118 |
| 12 | Attorney for Plaintiff |

ORDER OF DISMISSAL: 2:19-CV-01164-RSM - 2

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

120192.0207/7939016.1